754 A.2d 525
IN THE MATTER OF RONALD KURZEJA,
AN ATTORNEY AT LAW.

July 17, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **RONALD KURZEJA** of **SHREWS-**

**BURY**, who was admitted to the bar of this State in 1986, should be disciplined for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(b) (failure to explain matter to the extent necessary for client to make informed decision regarding representation), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RONALD KURZEJA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.